IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2007 FEB 13 PM 12:07
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| WHITNEY GUILLORY § § Plaintiff § § v. § § BEAUMONT INDEPENDENT § SCHOOL DISTRICT § and § CARROL THOMAS, Superintendent § and § FERGUSON PARKER, JR., § Former Band Director § § Defendants § | CIVIL NO. 2:07cv027 JURY DEMANDED JUDGE WARD |

## DEFENDANT FERGUSON PARKER, JR's
## ORIGINAL ANSWER INCLUDING DEFENSES

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Defendant, Ferguson Parker, Jr., pro se, and files this his Original Answer Including Defenses and in support thereof would show the following:

I.
Answer

1    For purposes of this Answer, Defendant Parker denies the allegations set forth in Plaintiff's Complaint ¶ I., Sec. 1

2    For purposes of this Answer, Defendant Parker denies jurisdiction alleged in Plaintiff's Complaint ¶ II., Sec. 4.

3    For purposes of this Answer, Defendant Parker denies jurisdiction alleged in Plaintiff's Complaint ¶ II., Sec. 5.

4    For purposes of this Answer, Defendant Parker denies the allegation he has a

propensity for sexually abusing children as set forth in Plaintiff's Complaint ¶ III., Sec. 7.

5. For purposes of this Answer, Defendant Parker denies the allegation he has a propensity for sexually abusing children as set forth in Plaintiff's Complaint ¶ III., Sec. 8.

6. For purposes of this Answer, Defendant Parker denies he is represented by an attorney in this matter as set forth in Plaintiff's Complaint ¶ III., Sec. 9

7. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec 10.

8. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 11.

9. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 13.

10. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 14.

11. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 15

12. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 16.

13. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 17.

14. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 18.

15. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV , Sec. 19.

16. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 21.

17. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 22.

18. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 24

19. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 25

20. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 26

21. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 27.

22. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 28

23. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 29

24. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 30

25. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 31.

26. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 32.

27. For purposes of this Answer, Defendant Parker denies the allegations as set forth

in Plaintiff's Complaint ¶ IV., Sec. 33.

28. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 35.

29. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 36.

30. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 37.

31. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 38.

32. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ IV., Sec. 39.

33. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ V., Sec. 40.

34. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ V., Sec. 41.

35. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ V., Sec. 42.

36. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ V., Sec. 43.

37. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ V., Sec. 45.

38. For purposes of this Answer, Defendant Parker denies the allegations as set forth in Plaintiff's Complaint ¶ V., Sec. 46.

<u>Defenses</u>

34. Plaintiff's Complaint, in whole or part, fails to state a cause of action.

Respectfully submitted,

*(signature)*
Ferguson Park, Jr.
5750 Sunbird
Beaumont, Texas 77708

**Certificate of Service**

This is to certify that on February 12th, 2007, a true and correct copy of the above and foregoing document was served on Timothy B. Garrigan, P.O. Box 631902, Nacogdoches, Texas 75963-1902, via CM/RRR.

*(signature)*
Ferguson Parker, Jr.