

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| WHITNEY GUILLORY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:07- CV-163- TH |
| | § | JURY |
| BEAUMONT INDEPENDENT SCHOOL | § | |
| DISTRICT, CARROL THOMAS and | § | |
| FERGUSON PARKER, JR., | § | |
| | § | |
| Defendants. | § | |

# ORDER STAYING CASE

Before the Court is a *Joint Motion to Stay and for Protection* [Clerk's Docket No. 19] filed October 10, 2007. Having considered the motion, and taking into account that the motion was jointly filed, the Court is of the opinion that the motion should be granted.

**IT IS THEREFORE ORDERED** that the *Joint Motion to Stay and for Protection* [Clerk's Docket No. 19] is in all things **GRANTED**.

**IT IS FURTHER ORDERED** that this litigation is **STAYED** pending resolution of the parallel criminal proceedings in state court, Case Numbers 95,101, 95,102, and 95,103, in the 252nd District Court of Jefferson County, Texas or further court order.

**IT IS FURTHER ORDERED** that the Beaumont Independent School District, Dr. Carrol Thomas, and Whitney Guillory are **DIRECTED** to exchange initial disclosures on or before November 5, 2007.

**IT IS FURTHER ORDERED** that the Beaumont Independent School District, Dr. Carrol Thomas, and Whitney Guillory are **DIRECTED** to respond to outstanding discovery that

is not duplicative of their disclosure obligations on or before December 20, 2007.

**SO ORDERED.**

**SIGNED** this the **12** day of **October, 2007.**

_____
Thad Heartfield
United States District Judge