

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| WHITNEY GUILLORY, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 9:07- CV-163-TH |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, CARROL THOMAS and FERGUSON PARKER, JR., | § § § § | JURY |
| *Defendants.* | § § | |

## ORDER LIFTING STAY

The Court **VACATES** the order [Clerk's Docket No. 20] entered on October 12, 2007 staying this civil action.

**SO ORDERED**.

**SIGNED** this the **9** day of **January, 2008.**

_____
Thad Heartfield
United States District Judge