IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| WHITNEY GUILLORY | § | |
|    *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 9:07-CV-163 |
| | § | |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| and | § | |
| DR. CARROL THOMAS, Superintendent | § | |
| and | § | JUDGE THAD HEARTFIELD |
| FERGUSON PARKER, JR., | § | |
| Former Band Director | § | |
|    *Defendants* | § | |

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendants has conferred with counsel for Plaintiff, and counsel for Plaintiff is not opposed to the filing of Defendants' Motion to Seal.

                               Respectfully submitted,

                               WELLS, PEYTON, GREENBERG
                                 & HUNT, L.L.P.

By: /s/ *Melody G. Chappell*
      Melody G. Chappell
      Attorney in Charge
      Texas State Bar No. 00785096
      P.O. Box 3708
      Beaumont, Texas 77704-3708
      Tel. (409) 838-2644
      Fax: (409) 838-4713

ATTORNEY FOR DEFENDANTS BEAUMONT INDEPENDENT SCHOOL DISTRICT AND DR. CARROL THOMAS

CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record as follows:

*VIA E-FILE NOTIFICATION*
Mr. Timothy B. Garrigan
Stuckey, Garrigan & Castetter
P.O. Box 631902
Nacogdoches, Texas 75963-1902
*Attorney for Plaintiff*

*VIA CM,RRR*
Mr. Ferguson Parker #231131
P.O. Box 26007
Beaumont, Texas 77720
*Pro Se*

DATED: April 17, 2008.

                                              /s/ *Melody G. Chappell*
                                              MELODY G. CHAPPELL