

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **WHITNEY GUILLORY,** | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 9:07-CV-163-TH |
| **BEAUMONT INDEPENDENT SCHOOL DISTRICT, CARROL THOMAS and FERGUSON PARKER, JR.,** | § § § § | JURY |
| *Defendants.* | § § | |

## ORDER GRANTING MOTION FOR LEAVE

  Before the Court is *Defendants' Motion for Leave to File Their Supplement to Their Motion for Summary Judgment* [Clerk's Docket No. 62] filed June 25, 2008. Having considered the motion and response, the Court is of the opinion that the motion should be granted because the supplement combined with the originally filed motion is only one page in excess of the page limitation for dispositive motions established by Local Rule CV-7.

  **IT IS THEREFORE ORDERED** that the *Defendants' Motion for Leave to File Their Supplement to Their Motion for Summary Judgment* [Clerk's Docket No. 62] is in all things **GRANTED**.

  **IT IS FURTHER ORDERED** that leave to file the supplement to the motion for summary judgment is in all things **GRANTED**.

  **IT IS FURTHER ORDERED** that defendants are **DIRECTED** to electronically file the supplement to the motion for summary judgment.

  SO ORDERED.

  SIGNED this the **21** day of **October, 2008.**

_____
Thad Heartfield
United States District Judge