

936-639-0007 (ph)  107 West Kerr Avenue  P.O. Box 713
936-639-0016 (fax)  www.haglundlaw.com  Lufkin, TX 75902-0713
hwalker@haglundlaw.com  whaglund@haglundlaw.com  aearly@haglundlaw.com

June 16, 2010

Via Electronic Filing - CM/ECF

The Honorable Thad Heartfield
United States District Court for the Eastern District of Texas
300 Willow Street, Suite 212
Beaumont, Texas 77701

    Re:    No. 9:07-CV-163; U.S. District Court, Eastern District of Texas, Lufkin Division; *Guillory v. BISD, et al.*

Dear Judge Heartfield:

    Please find attached an amended mediation report by mediator, Earl F. Hale, Jr. I am filing his report pursuant to Appendix H, Section IX of the Local Rules for the Eastern District of Texas.

Respectfully,

/s/ Hilary B. Haglund

Hilary B. Haglund
HHW/ljl

Encl/

*Attorneys for Defendant*
*Dr. Carrol Thomas*

CC:

*Via electronic notification*
Christopher B. Gilbert
DeAndrea C. Washington
THOMPSON & HORTON LLP
711 Louisiana, Suite 2100
Houston, Texas 77002
(713) 554-6744
(713) 583-7698 (fax)

*Via electronic notification*
Melody G. Chappell
WELLS, PEYTON, GREENBERG & HUNT, L.L.P
550 Fannin Street, Suite 600
Beaumont, Texas 77701
(409) 838-2644
(409) 838-4713 (fax)
*Attorneys for Defendant Beaumont Independent School District*

*Via electronic notification*
Neal Adams
Cory S. Hartsfield
ADAMS, LYNCH & LOFTIN, P.C.
3950 Highway 360
Grapevine, Texas  76051-6743
(817) 552-7742
(817) 328-2942 (fax)
*Attorneys for Defendant Dr. Carrol Thomas*

*Via electronic notification*
Mr. Timothy B. Garrigan
STUCKEY, GARRIGAN & CASTETTER
P.O. Box 631902
Nacogdoches, Texas  75963-1902
*Attorney for Plaintiff*

*VIA CMRRR*
Mr. Ferguson Parker, Jr.
4345 Arthur Lane
Beaumont, Texas  77708
*Pro Se*

# Earl F Hale jr
*mediator arbitrator*

---

4144 North Central Expressway
Suite 225
Dallas Texas 75204
Tel 214 515-0199
Fax 214 515-0192
Email efhale@earlhale.com

June 16, 2010

Hon. Thad Heartfield
U.S. District Court
Eastern District of Texas
300 Willow Street, Suite 212
Beaumont, Texas 77701

Re: <u>Civil No. 9:07-CV-163, Whitney Guillory vs. Beaumont Independent School District and Dr. Carrol Thomas, Superintendent and Ferguson Parker, Jr., Former Band Director</u>

Dear Judge Heartfield:

On June 15, 2010, the BISD, Dr. Thomas, and Plaintiff appeared for mediation of the above-styled case and as a result this case was settled, subject only to the approval of the Board of Trustees of the Beaumont Independent School District, on June 18, 2010.

Ferguson Parker did not participate in the mediation and was not released.

I sent an earlier letter in which I erroneously reported that the parties settled but I had misremembered that Mr. Parker was not a party to the mediation. I apologize.

Very truly yours,

/s/ Earl F. Hale, Jr.

Earl F. Hale, Jr.

EFH/jh