

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| WHITNEY GUILLORY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:07-CV-163-TH |
| | § | JURY |
| BEAUMONT INDEPENDENT SCHOOL | § | |
| DISTRICT, CARROL THOMAS and | § | |
| FERGUSON PARKER, JR., | § | |
| | § | |
| *Defendants.* | § | |

# ORDER ACKNOWLEDGING DISMISSAL OF DEFENDANTS BEAUMONT INDEPENDENT SCHOOL DISTRICT AND CARROLL THOMAS BY STIPULATION

Before the Court is an *Agreed Motion for Entry of an Order Reflecting the Stipulation of Dismissal With Prejudice* [Clerk's Docket No. 162] and a *Stipulation of Dismissal as to Defendant Beaumont Independent School District* [Clerk's Docket No. 163], both of which were filed on June 25, 2010. Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE provides that "the plaintiff may dismiss an action without court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."

The Court hereby **ACKNOWLEDGES** that all claims alleged against defendant Beaumont Independent School District and defendant Carroll Thomas have been voluntarily dismissed with prejudice by stipulation.

**IT IS THEREFORE ORDERED** that all costs and attorneys' fees shall be taxed against the party incurring same.

**IT IS FURTHER ORDERED** that the following pending motions are **DENIED AS**

**MOOT**: Clerk's Docket Nos. 124, 137, 138, 139, 140, 141, 142, 146, 151, 153 and 158.

**SO ORDERED.**

**SIGNED** this the **13** day of **July, 2010.**

Thad Heartfield
United States District Judge